UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:

SIMMONS, HERMAN L.    Case No 12-40134TLH4
                     Chapter 7

Debtor(s)

_____

**REPORT AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE TO DEBTOR**

**TO:** Debtor(s), Creditors, and Parties in Interest:

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and my grant the relief requested.**

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

**1)** **Description and Value of Property:** *Non-exempt equity* in assets scheduled by the Debtor(s).

EQUITY
GOLD JEWELRY-$200.00
2005 CHEVY AVALANCHE-$5150.00
TOTAL-$5350.00
6% INTEREST-$321.00
TOTAL-$5671.00
12 MOS-$472.58

**2)** **Manner of Sale:**          Private (x )*    Public Auction ( )

**3)** **Terms of Sale:**

   a) Purchaser(s)    SIMMONS, HERMAN L.,Debtors.

   a) "As is," "where is" with no warranties expressed or implied;

    This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and the Purchaser(s) is/are responsible for all payments to Lien Holders, Tax Assessors, etc.

b) Assets and Terms as spelled out in the promissory note executed by Debtor(s);

c) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee.

e) All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)*  The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

| | |
|---|---|
| Date:3/25/2013 | /s/ Theresa M. Bender |
| | THERESA M. BENDER |
| | CHAPTER 7 TRUSTEE |
| | P.O. Box 14557 |
| | Tallahassee, Florida 32317 |
| | PH: 850.205.7777 |
| | FL Bar No. 0749486 |
| | Tmbenderch7@yahoo.com |

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell Property of the Estate has been furnished by Electronic Mail/U.S. mail to all persons on the Court's mailing matrix and Charles F. Edwards, Esq., U.S. Trustee, 110 East Park Ave., Suite 128, Tallahassee, FL. 32301.

Dated  3/25/2013                                    /s/ Theresa M. Bender

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 12-40134-KKS<br>Northern District of Florida<br>Tallahassee<br>Mon Mar 25 14:49:00 EDT 2013 | Creditors Bankruptcy Service<br>9441 LBJ Freeway<br>Suite 605<br>Dallas, TX 75243-4636 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Score Federal Credit Union<br>c/o Henry Lee Miller Jr.<br>277 Pinewood Drive<br>Tallahassee, FL 32303-8510 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Wells Fargo Financial System Florida, Inc.<br>c/o Dennis LeVine & Associates, P.A.<br>P.O. Box 707<br>Tampa, FL 33601-0707 | Wells Fargo Home Mortgage<br>Marinosci Law Group, PC<br>c/o Radoyka Minaya<br>100 W Cypress Creek Rd Ste 1045<br>Fort Lauderdale, FL 33309-2191 |
| *Wells Fargo Home Mortgage<br>c/o Radoyka Minaya, Esq.<br>Marinosci Law Group, PC<br>100 West Cypress Creek Road, Ste 1045<br>Ft. Lauderdale, FL 33309-2191 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Army/Air Force Exhange<br>P.O. Box 650410<br>Dallas, TX 75285-0410 |
| Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19884-5102 | Beneficial<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | Betty West<br>219 Live Oak Lane<br>Havana, FL 32333-1218 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital Regional Medical Center<br>c/o Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | HFC<br>P.O. Box 8873<br>Virginia Beach, VA 23450-8873 |
| HFC Beneficial<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | HSEHLD Finance BNFL FINC<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Patirica Ann Simmons<br>1832 Vineland Lane<br>Tallahassee, FL 32317-7924 | Patricia Ann Simmons<br>1832 Vineland Lane<br>Tallahassee, FL 32317-7924 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Robert S. Coleman, Jr., P.A.<br>1405 N. Pierce<br>Suite 306<br>Little Rock, AR 72207-5377 | Sam's Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Score Federal Credit Union<br>1447 Mahan Dr.<br>Tallahassee, FL 32308-5109 |
| Wells Fargo Financial Cards<br>P.O. Box 660041<br>Dallas, TX 75266-0041 | Wells Fargo Home Morgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Wells Fargo Mortgage<br>800 Walnut Street<br>Des Moines, IA 50309-3605 |
| Herman L. Simmons<br>905-B Circle Drive<br>Havana, FL 32333-1313 | Michael Alan Reichman<br>Law Office of Michael A. Reichman<br>P.O. Box 41<br>Monticello, FL 32345-0041 | Theresa M. Bender<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | American Gen Fin.<br>P.O. Box 3961<br>Tallahassee, FL 32315-3961 | Portfolio Recovery Associates, LLC<br>P.O. Box 12903<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Score Federal Credit Union<br>c/o Henry Lee Miller, Jr.<br>277 Pinewood Drive<br>Tallahassee, FL 32303-8510 | (d)Wells Fargo Financial System Florida, Inc.<br>c/o Dennis LeVine & Associates, P.A.<br>P.O. Box 707<br>Tampa, FL 33601-0707 |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 12-40134-KKS<br>Northern District of Florida<br>Tallahassee<br>Tue Mar 26 11:17:45 EDT 2013 | Creditors Bankruptcy Service<br>9441 LBJ Freeway<br>Suite 605<br>Dallas, TX 75243-4636 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Score Federal Credit Union<br>c/o Henry Lee Miller Jr.<br>277 Pinewood Drive<br>Tallahassee, FL 32303-8510 |
| Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Wells Fargo Financial System Florida, Inc.<br>c/o Dennis LeVine & Associates, P.A.<br>P.O. Box 707<br>Tampa, FL 33601-0707 | Wells Fargo Home Mortgage<br>Marinosci Law Group, PC<br>c/o Radoyka Minaya<br>100 W Cypress Creek Rd Ste 1045<br>Fort Lauderdale, FL 33309-2191 |
| *Wells Fargo Home Mortgage<br>c/o Radoyka Minaya, Esq.<br>Marinosci Law Group, PC<br>100 West Cypress Creek Road, Ste 1045<br>Ft. Lauderdale, FL 33309-2191 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Army/Air Force Exhange<br>P.O. Box 650410<br>Dallas, TX 75285-0410 |
| Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19884-5102 | Beneficial<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | Betty West<br>219 Live Oak Lane<br>Havana, FL 32333-1218 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital Regional Medical Center<br>c/o Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | HFC<br>P.O. Box 8873<br>Virginia Beach, VA 23450-8873 |
| HFC Beneficial<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | HSEHLD Finance BNFL FINC<br>P.O. Box 3425<br>Buffalo, NY 14240-3425 | Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Patirica Ann Simmons<br>1832 Vineland Lane<br>Tallahassee, FL 32317-7924 | Patricia Ann Simmons<br>1832 Vineland Lane<br>Tallahassee, FL 32317-7924 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
Robert S. Coleman, Jr., P.A.        Sam's Club                          Score Federal Credit Union
1405 N. Pierce                      P.O. Box 965005                     1447 Mahan Dr.
Suite 306                           Orlando, FL 32896-5005              Tallahassee, FL 32308-5109
Little Rock, AR 72207-5377


Wells Fargo Financial Cards         Wells Fargo Home Morgage            Wells Fargo Mortgage
P.O. Box 660041                     P.O. Box 14411                      800 Walnut Street
Dallas, TX 75266-0041               Des Moines, IA 50306-3411           Des Moines, IA 50309-3605


Herman L. Simmons                   Michael Alan Reichman               Theresa M. Bender
905-B Circle Drive                  Law Office of Michael A. Reichman   P.O. Box 14557
Havana, FL 32333-1313               P.O. Box 41                         Tallahassee, FL 32317-4557
                                    Monticello, FL 32345-0041
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Securities & Exchange Commission   American Gen Fin.               Portfolio Recovery Associates, LLC
Branch of Reorganization                P.O. Box 3961                   P.O. Box 12903
3475 Lenox Rd., N.E. Suite 100          Tallahassee, FL 32315-3961      Norfolk, VA 23541
Atlanta, GA 30326-1323


(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service         (d)Score Federal Credit Union       (d)Wells Fargo Financial System Florida, Inc.
P.O. Box 7346                       c/o Henry Lee Miller, Jr.           c/o Dennis LeVine & Associates, P.A.
Philadelphia, PA 19101-7346         277 Pinewood Drive                  P.O. Box 707
                                    Tallahassee, FL 32303-8510          Tampa, FL  33601-0707
```

```
End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41
```